**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**No. 24-CV-** _____

|  |  |
|---|---|
| Damien Perry,<br><br>　　Plaintiff,<br><br>v.<br><br>United States,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT SEEKING MONEY DAMAGES**

**DEMAND FOR JURY TRIAL**

1. This is an action under the Federal Torts Claims Act ("FTCA"), 28 U.S.C. §§ 2671-2680 seeking money damages.

2. On November 23, 2021, at around 6:00 AM, Plaintiff was the victim of intentional torts of assault and battery by a federal investigative or law enforcement officer. Plaintiff was also harmed by the negligent and/or grossly negligent conduct of federal employees and/or contractors who owed Plaintiff a legal duty of care to protect him from being assaulted (by staff and/or generally) while he is an inmate in their care. Employees and/or contractors of the U.S. Bureau of Prisons breached their duty of care by allowing Plaintiff to be assaulted by guards and by failing to intervene or adequately supervise the federal employees/contractors. Plaintiff was injured by this negligence and suffered measurable damages as a result.

3. On or around November 1, 2023, Plaintiff submitted an administrative FTCA Claim to the U.S. Bureau of Prisons seeking damages in the amount of $2,500,000 for personal injuries. Plaintiff identified various witnesses who would have

information about the claim, and also provided an affidavit and evidence from a prior investigation conducted into this matter by the Bureau of Prisons.

4.   In support of his administrative claim, Plaintiff submitted an affidavit, stating, *inter alia*:

    a.  "I was injured on November 23, 2021 by multiple BOP correctional officers stationed at USP Lewisburg in Pennsylvania at the direction of a BOP lieutenant. I have previously detailed this event in an affidavit signed on January 26, 2022 which was taken and submitted for purposes of an interview with a Special Investigative Agent investigating my claims surrounding my injury."

    b.  "Photographs… were taken of my injuries when I arrived at Ray Brook."

    c.  "The cuffs that were placed on my wrists and ankles were far too tight and caused me to experience immense physical pain nearly immediately that I feel rose to the level of torture. The cuffs were tight enough to cut through my wrists and ankles, and I still have bruises and scars from this injury."

    d.  "While I was cuffed with my hands behind my back, one of the federal law enforcement investigators or officers horse collared me and slammed my head into a window on the bus (which had bars on it), causing me to experience a severe injury to my head on my right temple. My head was swollen, and it took roughly two weeks for the swelling to start going down."

e. "The method in which the officer slammed me against the window also caused an injury to my left shoulder, lower back, and my legs, all of which continue to negatively affect me today. My lower back is constantly in pain, and often the pain feels like nerve pain. Sometimes, when I get up, I have to walk a few steps before I can actually straighten my back. Sometimes, something pinches in my lower back and numbs both of my legs all the way from my hips down to my feet. When this happens, it feels like my legs went to sleep and I have to sit down and almost punch my legs to regain feeling. The sensation is extremely uncomfortable and concerning. I have been reporting this to the BOP and the BOP has been ignoring my concerns. I have been asking for medical attention for my left shoulder, lower back, and legs, all of which have gone ignored. I believe I need an MRI and may require surgery on my shoulder and/or lower back."

f. "Immediately after being slammed into the window, multiple officers punched me hard in my ribs multiple times. I believe there were four to five rib shots in total. One of the officers than spat on me and said, 'Fuck you nigger,' before telling me to 'shut the fuck up' and threatening me if I said anything."

g. "Before November 23, 2021, I did not get migraines. Since the event herein complained of, I have been getting persistent migraines and headaches that are extremely painful and which keep recurring. I get

migraines/headaches at least three times a week, which sometimes wake me from sleep and cause me to get extremely dizzy."

h. "Before November 23, 2021, I did not experience numbness in my feet. Since the event herein complained of, my right foot sometimes goes numb (my right heel gets so bad I cannot even wear shoes sometimes), and I believe this is a result of the ankle cuffs being too tight for a prolonged period and them slamming me around while my feet were cuffed way too tightly. It feels like the tissue in my right heel is permanently damaged. I have been asking for an MRI on my heel, which has thus far gone ignored."

i. "Since my injury on November 23, 2021, I have been diagnosed by BOP mental health providers as having anxiety and panic disorder, for which I receive medication. … Even with the medication, I suffer from anxiety and panic attacks almost every day. I experience such attacks every other day, at minimum. The attacks are debilitating."

## PARTIES

### Plaintiff

5. Plaintiff Damien Perry is an individual. He is currently incarcerated at FCI Fort Dix, 5756 Hartford & Pointville Road, Joint Base MDL, NJ 08640. Plaintiff's federal BOP Registration Number is 25201-014.

## **Defendant**

6. Defendant United States is a sovereign government that has expressly waived sovereign immunity in the context of this case pursuant to the FTCA. The United States is liable to Plaintiff for the actions of its employees and/or agents under the FTCA. The United States is responsible for hiring, training, disciplining, and firing its employees/agents and/or agencies. The United States hired and supervised the bad actors complained of herein.

## **JURISDICTION**

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 1343 (civil rights jurisdiction), and 28 U.S.C. § 1346 (U.S. government defendant).

## **VENUE**

8. Venue in this district is proper under 28 U.S.C. § 1391 because one or more Defendants reside in this district. Additionally, a substantial part of the events or omissions giving rise to this claim occurred in this district.

## **EXHAUSTION**

9. Plaintiff filed an administrative FTCA claim with the Bureau of Prisons on or around November 1, 2023 on Form SF-95.

10. Prior to filing the administrative FTCA claim, Plaintiff completed all required BP-8, BP-9, BP-10, and BP-11 forms. If any of the forms were submitted in a manner that appears untimely, any delay is attributable solely to the BOP and/or other circumstances outside of Plaintiff's control such as COVID-19 lockdown policies.

Various forms Plaintiff submitted were erroneously rejected and/or lost by the BOP.

11. The Bureau of Prisons denied Plaintiff's administrative claim on or after April 11, 2024.

12. Plaintiff is filing this suit within 6 months of the date of the Bureau of Prison's denial of Plaintiff's administrative claim.

13. Plaintiff has exhausted or has constructively exhausted all administrative remedies required by the FTCA.

14. Any further administrative exhaustion by Plaintiff would be unduly duplicative, unduly burdensome, and futile.

## CAUSES OF ACTION

### Count 1: FTCA – 28 U.S.C. §§ 2671-2680

15. Plaintiff incorporates all prior paragraphs of this Complaint by reference.

16. Plaintiff incorporates his administrative FTCA claim and the supporting documents submitted concurrently with the claim by reference.

17. The United States is liable to Plaintiff to the same extent as a private individual under like circumstances for claims arising out of intentional torts of assault and/or battery committed by investigative or law enforcement officers of the United States government.

18. The investigative or law enforcement officers who assaulted and battered Plaintiff are empowered by law to execute searches, to seize evidence, or to make arrests for violations of Federal law.

19. No exceptions to liability apply under 28 U.S.C. § 2860.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

A.      Grant a money judgment against Defendant for compensatory, consequential, and special damages together with costs and disbursements, including prejudgment interest, in the amount of $2,500,000.

B.      Grant such other relief as may be just and reasonable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues which may be tried by a jury pursuant to Rule 38 of the Federal Rules of Procedure.

DATED: October 10, 2024                    Respectfully submitted,

LAW OFFICE OF BRIAN GREEN

/s/ Brian Scott Green
Brian Scott Green (PA ID #86888)
Law Office of Brian Green
9609 S University Blvd., #630084
Highlands Ranch, CO 80130
P: (443) 799-4225
E: briangreen@greenusimmigration.com

RATKOWSKI LAW PLLC
/s/ Nico Ratkowski
Nico Ratkowski (MN #0400413)
332 Minnesota Street, Suite W1610
Saint Paul, Minnesota 55101
P: (651) 755-5150
E: nico@ratkowskilaw.com
*PHV application impending*

*Attorneys for Plaintiff*